## Raymond JACKSON, an Incompetent Person, by Phil Oldham, Next Friend and Guardian ad Litem, v. CARTER OIL COMPANY, a Corporation, et al.

### No. 3097.

Circuit Court of Appeals, Tenth Circuit.

Jan. 2, 1945.

A. G. W. Sango, of Tulsa, Okl., and I. F. Bradley, Jr., of Kansas City, Kan., for appellant.

Forrest M. Darrough, Joseph L. Seger, and A. L. Deaton, all of Tulsa, Okl., Anglin & Stevenson, of Holdenville, Okl., and Glenn O. Wallace and W. M. Haulsee, both of Wewoka, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed, on motion of appellees.